Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Attorneys for Chapter 7 Trustee,
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13010-CB |
| LIEZL DIAZ DEOCAMPO AND JULIUS B. DEOCAMPO, | Chapter 7 |
| Debtors. | **APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ORDER APPROVING: (1) EMPLOYMENT OF SPECIAL UNLAWFUL DETAINER COUNSEL (NUSSBAUM APC) PURSUANT TO 11 U.S.C. §§ 327 AND 328; AND (2) PAYMENT OF COMPENSATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JEFFREY I. GOLDEN; STATEMENT OF DISINTERESTEDNESS OF LANE NUSSBAUM** |
| | [No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEBTORS AND DEBTORS' COUNSEL; AND PARTIES IN INTEREST:**

Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Liezl Diaz Deocampo and Julius B. Deocampo (the "Debtors"), files this *Application of the Chapter 7 Trustee for Order Approving: (1) Employment of Special Unlawful Detainer Counsel (Nussbaum APC) Pursuant to 11 U.S.C. §§ 327 and 328; and (2) Payment of Compensation* (the "Application"). In support of the Application, the

Trustee submits the following memorandum of points and authorities, his declaration (the "Golden Declaration") and the statement of disinterestedness of Lane Nussbaum (the "Nussbaum Statement").

## I.  STATEMENT OF FACTS

Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code on August 16, 2018.  The case was converted to one under Chapter 7 on March 20, 2019, and Jeffrey I. Golden was appointed the Chapter 7 trustee.

Debtors' schedules list the real property located at 14332 Holt Avenue, Santa Ana, California 92705 (the "Property"), with a value of $653,200.00 after deducting 8% costs of sale, and two liens in the amounts of $518,700.00 and $52,506.40.  Debtors claim a homestead exemption in the amount of $81,993.60.  The Property consists of two dwellings:  Debtors' residence; and The Century Guest Home Inc. (the "Business"), a care home which is owned and operated by Debtors.  The Trustee is informed that tenants of the Business exist on the Property (collectively, the "Residents") by virtue of admission agreements for residential care facility for the elderly (RCFE) (the "Care Agreements"). The Trustee intends to administer the equity in the Property upon further court order to pay claims of creditors and expenses of administration.

The Trustee sought to employ Coldwell Banker Residential Brokerage (the "Broker") to assist him in selling the Property.  On August 15, 2019, the Trustee filed the *Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Residential Brokerage and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328* (the "Broker Application").  The Broker Application was approved by order entered September 17, 2019.

The Trustee has received two purchase offers for the Property, both of which require the Property to be vacant at close of escrow.  Therefore, the Trustee needs the assistance of counsel to prepare, file and prosecute unlawful detainer complaints against the Residents so that the Trustee can consummate a sale of the Property.  The Care

Agreements provide for eviction upon 30 days' written notice to the Residents, including for "change of use of the facility."

## II. **PROPOSED EMPLOYMENT**

The Trustee seeks to employ Nussbam APC (the "Firm") as his special unlawful detainer counsel pursuant to 11 U.S.C. §§ 327 and 328 to issues notices to the Residents to vacate the Property and, if necessary, file unlawful detainer actions against the Residents for possession of the Property.

The Firm is a full service law firm representing owners, managers and investors in residential and commercial property of all sizes. Its practice specializes in efficient, aggressive, and cost-effective litigation, evictions and collections. The Firm has broad experience in corporate and real estate litigation, including partnership disputes, title claims, distressed assets, construction defect and eminent domain. The profiles of Lane Nussbaum and Wayne Abb are attached as **Exhibit 1** to the Nussbaum Statement.

The terms of the Firm's employment agreed to by the Trustee, subject to approval of the Court, are that the Firm will prepare and prosecute unlawful detainer complaints and provide additional services as may be agreed upon by the Trustee and the Firm, at the rates listed on the price list attached as **Exhibit 2** to the Nussbaum Statement. A $300.00 flat fee will be charged for each undisputed unlawful detainer case, which includes summons, complaint, and default judgment through sheriff lockout. Filing fees and costs are not included in this fee and will be charged separately. Any additional work on the cases will be billed at an hourly rate of $350.00 including, but not limited to, opposition motions, research, jury trial, etc.

Upon presentation of an invoice to the Trustee, and entry of an order of the Court approving the Firm's employment on the terms outlined herein, the Trustee will be authorized to pay the Firm's fees and out-of-pocket expenses from funds on hand in the Estate or as funds become available, without submission of an interim or final fee application and without further order of the Court.

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

**III.    MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to 11 U.S.C. § 327(a), a trustee may employ attorneys and other professional persons who do not hold or represent an interest adverse to the estate, and who are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties.

Bankruptcy Code §328(a) provides as follows:

> The trustee, or a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis. Notwithstanding such terms and conditions, the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

11 U.S.C. §328 (emphasis added).

Pursuant to §328(a), a trustee (or a debtor) may employ a professional on the specific terms set forth herein, including those relating to compensation, provided such terms are reasonable. *See* 11 U.S.C. §328(a). This section "provides a specific mechanism for professional persons to obtain prior court approval of the terms of their compensation[,]" subject to possible adjustment if such compensation proves to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions. *See* 3 COLLIER ON BANKRUPTCY ¶ 328.01 (Alan N. Resnick & Henry J. Sommer eds. 16th ed.); 11 U.S.C. §328(a).

To the best of the Trustee's knowledge, and based upon the Nussbam Statement attached hereto, the Firm:

a.    has no connection with Debtors, their principals, insiders, creditors, the Trustee, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

    b.    is not a pre-petition creditor, an equity security holder or an insider of Debtors;

    c.    is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of Debtors;

    d.    does not represent an individual or entity which holds an interest adverse to the Estate;

    e.    is not related, through its principal or employees, to the bankruptcy judge assigned to this case;

    f.    has not and will not receive a retainer in this case; and

    g.    is disinterested within the meaning of 11 U.S.C. §§ 327(a) and 101(14).

## IV. **CONCLUSION**

The Firm's employment is in the best interest of the Trustee and the Estate.

**WHEREFORE**, the Trustee prays that the Court enter an order approving the Application and authorizing the Trustee to: (1) employ the Firm as his special unlawful detainer counsel, and (2) pay the Firm's fees and out-of-pocket expenses from funds on hand in the Estate or as funds become available without submission of an interim or final fee application and without further order of the Court.

Respectfully submitted,

Dated: January 15, 2020    WEILAND GOLDEN GOODRICH LLP

By: */s/ Reem J. Bello*
REEM J. BELLO
Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714)-966-1002

# **DECLARATION OF JEFFREY I. GOLDEN**

I, Jeffrey I. Golden, declare:

1. I am the duly appointed chapter 7 trustee of the bankruptcy estate of Liezl Diaz Deocampo and Julius B. Deocampo, Case No. 8:18-bk-13010-CB, now pending before the Bankruptcy Court of the Central District of California, Santa Ana Division. I know each of the following facts to be true of my own personal knowledge and if called as a witness, I could and would competently testify with respect thereto. I am submitting this Declaration in support of the Application of the Chapter 7 Trustee for Order Approving: (1) Employment of Special Unlawful Detainer Counsel (Nussbam APC); and (2) Payment of Compensation (the "Application"). All terms as defined in the Application are incorporated herein by this reference.

2. I am informed that Residents of the Business exist on the Property by virtue of the Care Agreements. I intend to administer the equity in the Property upon further court order to pay claims of creditors and expenses of administration.

3. I have received two purchase offers for the Property, both of which require the Property to be vacant at close of escrow. Therefore, I need the assistance of counsel to prepare, file and prosecute unlawful detainer complaints against the Residents so that a sale of the Property can be accomplished. The Care Agreements provide for eviction upon 30 days' written notice to the Residents, including for "change of use of the facility."

4. I propose that upon receipt of an invoice from the Firm and entry of an order of the Court approving the Firm's employment upon the terms outlined herein, that I be authorized to pay the Firm's fees and out-of-pocket expenses from funds on hand in the Estate or as funds become available, without submission of an interim or final fee application and without further order of the Court.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714)-966-1002

5. I believe the proposed employment of the Firm on the terms and conditions provided for herein is in the best interest of the Estate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of January, 2020, at Costa Mesa, California.

_____
Jeffrey I. Golden

| | |
|---|---|
| Attorney or Party Name, Address & FAX Numbers, and California State Bar Number<br>Reem J. Bello, State Bar No. 198840<br>rbello@wgllp.com<br>**WEILAND GOLDEN GOODRICH LLP**<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br>Telephone No.: (714) 966-1000; Facsimile No.: (714) 966-1002<br><br>*Attorneys for Chapter 7 Trustee Jeffrey I. Golden* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>LIEZL DIAZ DEOCAMPO AND JULIUS B. DEOCAMPO,<br>Debtors. | CHAPTER 7<br><br>CASE NUMBER 8:18-bk-13010-CB<br><br>(No Hearing Required) |

# STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
# OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
*(File with Application for Employment)*[1]

1. Name, address and telephone number of the professional (the "Firm") submitting this Statement:

    Nussbaum APC
    Lane M. Nussbaum, Esq.
    27489 Agoura Road Ste 102
    Agoura Hills, CA 91301
    (818) 660-1919

2. The services to be rendered by the Firm in this case are *(specify):*

    The Firm will prepare and prosecute unlawful detainer complaints and provide additional services as may be agreed upon by the Trustee and the Firm, at the rates listed on the attached price list. A $300 flat fee will be charged for each undisputed unlawful detainer case, which includes summons, complaint, and default judgment through sheriff lockout. Filing fees and costs are not included in this fee and will be charged separately. Any additional work on the cases will be billed at an hourly rate of $350.00 including, but not limited to, opposition motions, research, jury trial, etc.

3. The terms and source of proposed compensation and reimbursement of the Firm are *(specify):*

    Upon presentation of an invoice to the Trustee, and entry of an order of the Court approving the Firm's employment on the terms outlined herein, the Trustee will be authorized to pay the Firm's fees and out-of-pocket expenses from funds on hand in the Estate or as funds become available, without submission of an interim or final fee application and without further order of the Court.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Firm are *(specify):*

    None.

---

[1] Any term not specifically defined herein shall have the meaning set forth in the accompanying Application.

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 2014-1**

| Statement of Disinterestedness for Employment of Professional Person - *Page 2* | F 2014-1 |
|---|---|
| In re<br>DEOCAMPO,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 8:18-bk-13010-CB |

5. The investigation of disinterestedness made by the Firm prior to submitting this Statement consisted of *(specify)*:

   Submitted to the Firm's conflicts check system as to the relevant parties.

6. The following is a complete description of all of the Firm's connections with Debtors, principals of Debtors, insiders, Debtors' creditors, the chapter 7 trustee, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

   None.

7. The Firm is not a pre-petition creditor, an equity security holder or an insider of the Debtors.

8. The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors.

9. The Firm does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtors or for any other reason.

10. Name, address and telephone number of the person signing this Statement *(specify)*:

    *See* item 1.

11. The Firm is not related, through its partners or employees, to the United States Trustee or a Bankruptcy Judge for the Central District of California.

12. My profile and the profile of Wayne Abb are attached as Exhibit "1." The Firm's Orange County price list is attached as Exhibit "2."

13. Total number of attached pages of supporting documentation: 3

14. After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct except that I declare that Paragraphs 6 through 9 are stated on information and belief.

Executed on the 14th Day of January, 2020, at Agoura Hills, California.

LANE M. NUSSBAUM

*Type Name of Professional*

*Signature of Professional*

*Rev. 5/98* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 2014-1

9

# EXHIBIT 1

# Lane M. Nussbaum

Lane@Nussbaumapc.com
27489 Agoura Road Ste. 102
Agoura Hills, CA 91301
(818) 660-1919

## *Education*

**University of Michigan Law School,** J.D., *Cum Laude*, December 2008                                   Ann Arbor, MI
*Honors and Activities*:  Law School Fund Merit Scholarship
                         William Allan Kaufmann Merit Scholarship
                         Fred L. Leckie Law Scholarship
                         Moot Court
                         Phi Delta Phi Community Service Fraternity

**Rutgers University**, B.A., *Magna Cum Laude*, May 2005                                           New Brunswick, NJ
Political Science, Psychology, Cognitive Science
*Honors and Activities*:  Sigma Alpha Mu fraternity (founding member and treasurer)
                         Rutgers College Governing Association (elected)
                         Alpha Chi Omega
                         National Scholastic Honors Society

## *Experience*

**Nussbaum APC**, May 2013 – Current                                                               Agoura Hills, CA
*Real Estate Attorney*

- Manage private real estate law based legal practice
- Represent real estate investors, owners, and property management companies in civil litigation from claims and disputes relating to title, easements, housing conditions, permitting and construction, contractual disputes, personal injury, and all manner of landlord-tenant issues.
- Practice focuses on real estate management and landlord-tenant law
- Litigated real estate and housing claims through dozens of successful jury verdicts and appellate decisions in both state and federal courts.

**Graham Vaage LLP**, May 2012 – May 2013                                                            Glendale, CA
*Real Estate Attorney*

- Conducted complex litigation relating to real estate, construction, land use, eminent domain, breach of contract, and fraud
- Sat second chair in month long jury trial
- Conducted legal research relating to real estate development and management compliance issues
- Assessed real estate appraisals to determine accuracy and methodology
- Negotiated easement rights and right-of-way acquisitions

**Legal Aid Foundation of Los Angeles,** September 2009 – May 2012                                  Los Angeles, CA
*Housing Attorney*

- Conducted and participated in all stages of litigation in both state and federal court, as both plaintiff's counsel and defense counsel, in actions related to Los Angeles residential housing, including unlawful detainer, breach of contract, sexual harassment, conversion, illegal eviction, and declaratory relief
- Advised clients on all matters relating to building management issues and legal compliance
- Drafted various documents relating to landlord-tenant management issues
- Engaged in negotiations relating to landlord-tenant and housing issues to resolve both pre and post-litigation disputes
- Drafted Memorandum advising clients of current landlord-tenant legal compliance issues and upcoming changes to landlord-tenant and real estate law in California

**Elea Capital Management**, December 2005 – May 2006                                                New York, NY
*Hedge Fund Market Analyst*

- Conducted and aided in market analysis covering a number of sectors, including healthcare, energy, and real estate
- Developed financial models and projections for public and private companies
- Explored private and public investment opportunities
- Advised portfolio manager on status of ongoing investments
- Tracked and projected global market trends across several market sectors

## *Bar Certifications*

California, New Jersey, New York

EXHIBIT 1    PAGE 10

# WAYNE M. ABB
### Attorney at Law

### AFFILIATIONS

Founding Member of the Landlord's Trial Lawyers Association

Member of the Judge Pro Tem Program for the Los Angeles Municipal Court

Member of the California State Bar Association

### EXPERIENCE

1980 - PRESENT

. Established Real Estate Law Practice.
. Over 25years of experience, including more than 13,000 Evictions (Unlawful Detainers).
. Specialize in all Evictions including Non-Payment and Nuisance, and particularly those following Non-Judicial Foreclosure Sales.
. Currently filing over 100 Eviction proceedings a month.
. Specialize in obtaining Relief from Stay in Bankruptcy proceedings prior to and after Non-Judicial Foreclosure Sales.
. Currently filing 200-300 Bankruptcy Stay Lifts a year pertaining to foreclosures.
. Handle foreclosure litigation.
. Certified Judge Pro Tem for the Los Angeles Municipal Court, hearing Unlawful Detainer cases.

### EDUCATION

American University, Washington D.C., B.A., 1975
University of West Los Angeles, Los Angeles, CA, J.D., 1979

### REPRESENTATIVE LIST OF CLIENTS

Western Federal Savings
Long Beach Bank, F.S.B.
World Savings and Loan Association
United California Bank
California Security Mortgage Corporation
Housing Authority of the City of Los Angeles
Los Angeles Homeowner's Aid, Inc.
Interstate Trust Deed Services, Inc.
G.E. Capital Asset Management

### LECTURE LANDLORD TENANT SEMINARS FOR LORMAN EDUCATION

EXHIBIT 1    PAGE 11

# EXHIBIT 2

12/5/2019 https://www.nussbaumapc.com/billing/price_list_preview/

**Price List Preview**

**Unlawful Detainer Flat Fee Rates**

| | | |
|---|---|---|
| Draft, file, and serve summons and complaint (up to $10,000). Follow-up through default, judgment, and lockout. | $300.00 | (plus costs) |
| | | |
| | | |

**Additional Services**

| | |
|---|---|
| Process Service at additional location | $350.00/hr |
| Prepare and file request for order to serve via posting and mailing | $350.00/hr |
| Service request to retrieve copy of Answer | $350.00/hr |
| Propound discovery (first defendant) | $350.00/hr |
| Draft and file standard motion or opposition | $350.00/hr |
| Half day court appearance in unlawful detainer hub court: (Limited jurisdiction only; court appearances for Unlimited cases are billed hourly) | $350.00/hr |
| Prepare standard jury trial documents | $350.00/hr |
| Hourly rate (all items not covered above) | $350.00/hr |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Application of the Chapter 7 Trustee for Order Approving: (1) Employment of Special Unlawful Detainer Counsel (Nussbaum APC) Pursuant to 11 U.S.C. §§ 327 and 328; and (2) Payment of Compensation; Memorandum of Points and Authorities; Declaration of Jeffrey I. Golden; Statement of Disinterestedness of Lane Nussbaum
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 17, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Julius B. Deocampo
Liezl Diaz Deocampo
14332 Holt Avenue
Santa Ana, CA 92705-3263

Nussbaum APC
27489 Agoura Road, Suite 102
Agoura Hills, CA 91301

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 17, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served by Personal Delivery**
Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/17/2020 | Victoria Rosales | *victoria* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Reem J Bello     rbello@wgllp.com,
kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
Brett F Bodie     brett.bodie@blc-sd.com, 9135191420@filings.docketbird.com
Jeffrey I Golden (TR)     lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
James D. Hornbuckle     jdh@cornerstonelawcorp.com
Ahren A Tiller     ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com
Edward A Treder     cdcaecf@bdfgroup.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        **F 9013-3.1.PROOF.SERVICE**