Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LIEZL DIAZ DEOCAMPO and JULIUS B. DEOCAMPO,<br><br>Debtor(s). | Case No. 8:18-bk-13010-SC<br><br>Chapter 7 Case<br><br>**NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSTION**<br><br>[No Hearing Required] |

**TO THE U.S. BANKRUPTCY COURT, U.S. TRUSTEE, ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITILED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:**

**YOU ARE HEREBY NOTIFIED** that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: April 27, 2021

/s/ Jeffrey I. Golden
JEFFREY I. GOLDEN
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 27, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Reem J Bello**  rbello@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
**Brett F Bodie**  brett.bodie@blc-sd.com, 9135191420@filings.docketbird.com
**Jeffrey I Golden (TR)**  lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
**James D. Hornbuckle**  jdh@cornerstonelawcorp.com
**Ahren A Tiller**  ahren.tiller@blc-sd.com, 4436097420@filings.docketbird.com;brett.bodie@blc-sd.com;anika@blc-sd.com;derek@blc-sd.com;kreyes@blc-sd.com;megan@blc-sd.com;nicole@blc-sd.com;danny@blc-sd.com;angie@blc-sd.com
**Edward A Treder**  cdcaecf@bdfgroup.com
**United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **April 27, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Trustee's Real Estate Agent:** William Friedman, Coldwell Banker, 8840 S. Sepulveda Boulevard, Los Angeles, CA 90045
**Trustee's Real Estate Agent:** Greg Bingham, Coldwell Banker, 840 Newport Center Drive, Suite 100, Newport Beach, CA 92660
**Trustee's Unlawful Detainer Atty:** Nussbaum APC, Lane M. Nussbaum, Esq, 27489 Agoura Rd, Ste 102, Agoura Hills, CA 91301
**Trustee's Accountant:** Hahn Fife & Company, LLP, 790 E. Colorado Blvd., 9th Floor, Pasadena, CA 91101

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Date**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 27, 2021 | Lori Werner | _/s/ Lori Werner_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE